# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| MARK E. SHAFFER, ) | |
| ) | |
| Petitioner, ) | Civil Action No. 15-554 |
| ) | |
| v. ) | Judge Cathy Bissoon |
| ) | Magistrate Lisa Pupo Lenihan |
| COMMONWEALTH OF ) | |
| PENNSYLVANIA, *et. al.*, ) | |
| ) | |
| Respondents. ) | |

## MEMORANDUM ORDER

This case was referred to United States Magistrate Judge Lisa Pupo Lenihan for pretrial proceedings in accordance with the Magistrates Act, 28 U.S.C. §§ 636(b)(l)(A) and (B), and Local Rule of Civil Procedure 72.

On September 15, 2015, the Magistrate Judge issued a Report (Doc. 9) recommending that the petition for a writ of habeas corpus be dismissed as untimely, and that the certificate of appealability be denied. Service of the Report and Recommendation was made. On September 29, 2015, Mark Shaffer ("Petitioner") filed his objections. (Doc. 10).

After a *de novo* review of the pleadings and documents in the case, together with the Report and Recommendation and the Objections thereto, the following Order is entered:

The Petition of Mark E. Shaffer for a writ of habeas corpus (**Doc. 1**) is **DISMISSED** and a certificate of appealability is **DENIED**. The Report and Recommendation of the Magistrate Judge, dated September 15, 2015, hereby is adopted as the Opinion of the District Court.

IT IS SO ORDERED.

November 5, 2015                                s\Cathy Bissoon
                                                Cathy Bissoon
                                                United States District Judge

cc (via ECF email notification):

All counsel of record

cc (via First-Class U.S. Mail):

Mark E. Shaffer
HU 6148
SCI Fayette
Box 9999
LaBelle, PA 15450